**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Hong Kong Leyuzhen Technology Co.
Limited

Plaintiff,

v.                                                                    Case No.: 1:25−cv−02830

Honorable Matthew F.
Kennelly

ABC Corporation, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 10, 2025:

    MINUTE entry before the Honorable Matthew F. Kennelly: The telephonic hearing set for 10/16/2025 is vacated. Plaintiff's motion for sanctions [46] is granted to the following extent: (1) the answer and affirmative defenses of defendant XHP are stricken, (2) defendant XHP is held in default, and (3) plaintiff is awarded the court reporter expense in connection with the August 20, 2025 deposition. Plaintiff's submission in support of default judgment (which is to include the aforementioned court reporter expense) is to be filed by 10/21/2025. A telephonic hearing is set for 10/24/2025 at 9:15 AM, using call−in number 650−479−3207, access code 2305−915−8729. The Court reserves the right to vacate the hearing if it determines a hearing is not needed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.